CO-386-online
10/03

# United States District Court
# For the District of Columbia

WEAVER'S COVE ENERGY LLC )
)
)
)
)
          vs    Plaintiff )   Civil Action No._____
)
DEPARTMENT OF THE INTERIOR and )
NATIONAL PARK SERVICE )
)
             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  WEAVER'S COVE ENERGY LLC   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  WEAVER'S COVE ENERGY LLC   which have any outstanding securities in the hands of the public:

   Hess Corporation

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record
                                        Signature

D.C. Bar No. 223024                      Bruce F. Kiely
BAR IDENTIFICATION NO.        Print Name

Baker Botts L.L.P., 1299 Pennsylvania Avenue, NW
Address

Washington    DC    20004-2400
City    State    Zip Code

(202) 639-7700
Phone Number