UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY LLC ) <br> 1 NEW STREET ) <br> FALL RIVER, MA  02720, ) <br>  ) <br>     Plaintiff, ) <br>  ) <br>          v. ) <br>  ) <br> UNITED STATES DEPARTMENT ) <br>   OF THE INTERIOR ) <br> NATIONAL PARK SERVICE ) <br> 1849 C STREET, NW ) <br> WASHINGTON, DC  20240, ) <br>  ) <br>     Defendant. ) <br> _____) | Civil Action No.  08-0124 (PLF) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Catherine Lev as principal counsel for defendant in the above-captioned civil action.

|   |   |
|---|---|
|   | /s/ |
| Dated:  February 14, 2008 | Catherine Lev <br> Attorney-Advisor <br> Office of Information and Privacy <br> United States Department of Justice <br> 1425 New York Ave., NW, Suite 11050 <br> Washington, DC  20530-0001 <br> (202) 514-5121 |