UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEP'T OF INTERIOR,  )<br>and NATIONAL PARK SERVICE,  )<br>)<br>Defendants.  )<br>) | No. 08-cv-124(PLF) |

**NOTICE OF APPEARANCE OF JOSHUA A. KLEIN**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joshua A. Klein as counsel in this case for Plaintiff Weaver's Cove Energy LLC.

Filed this 15th day of February, 2008

/s/ Joshua A. Klein
Joshua A. Klein (Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

CERTIFICATE OF SERVICE

      I certify that on February 15, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

/s/ Joshua A. Klein
Joshua A. Klein

February 15, 2008