UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR, )<br>       -and- )<br>NATIONAL PARK SERVICE, an agency )<br>of UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>Defendants. ) | No. 1:08-cv-00124-PLF |

**CERTIFICATION OF SERVICE OF PROCESS**

Pursuant to Local Civil Rule 5.3, the undersigned hereby certifies that on January 23, 2008, Defendants in the above-captioned proceeding, United States Department of the Interior and National Park Service, were properly served by in-person delivery of the complaint and summons delivered to Jim Weiner. A true and correct copy of the affidavits executed by the individual making such service is attached hereto.

Respectfully submitted,

/s/ Joshua A. Klein
Bruce F. Kiely (DC Bar No. 223024)
Joshua A. Klein (DC Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Fax: (202) 585-7890
E-mail: bruce.kiely@bakerbotts.com

*Counsel for Weaver's Cove Energy, LLC*

Dated: February 15, 2008

## CERTIFICATE OF SERVICE

I, Joshua Klein, certify that today the foregoing Certification of Service of Process was served by the Court's ECF system upon all counsel subscribing thereto.

                Respectfully submitted,

                /s/ Joshua A. Klein_____
                February 15, 2008

# AFFIDAVIT OF PROCESS SERVER

United States District Court                           District Of Columbia

**Weaver's Cove Energy LLC**                           Attorney:

    Plaintiff                      Baker Botts L.L.P.
                                                       The Warner, 1299 Pennsylvania Ave., NW
vs.                                                    Washington, DC. 20004

**United States Department of the Interior, et al**

    Defendant

**Case Number:** 1:08-cv-00124

Legal documents received by Same Day Process Service on January 23rd, 2008 at 10:30 AM to be served upon **Department of the Interior at 1849 C St., NW, Washington, DC. 20240**

I, Brandon A. Snesko, swear and affirm that on **January 23rd, 2008 at 12:40 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Electronic Case Files, Attorney/Participant Registration Form; Complaint; Attachments**, to Jim Weiner as Attorney For Solicitors' Office & Authorized Agent of the within named agency, to wit: **Department of The Interior** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 6'3   Weight: 240   Skin Color: white   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007047

District of Columbia: SS
Subscribed and Sworn to before me,
this 23RD day of January, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.