UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR, )<br>-and- )<br>NATIONAL PARK SERVICE, an agency )<br>of UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>Defendants. ) | No. 1:08-cv-00124-PLF |

**CERTIFICATION OF SERVICE OF PROCESS**

Pursuant to Local Civil Rule 5.3, the undersigned hereby certifies that on January 23, 2008, the Attorney General of the United States was properly served by certified mail with the complaint and summons issued in the above-captioned proceeding.

Respectfully submitted,

/s/ Joshua A. Klein
Bruce F. Kiely (DC Bar No. 223024)
Joshua A. Klein (DC Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Fax: (202) 585-7890
E-mail: bruce.kiely@bakerbotts.com

*Counsel for Weaver's Cove Energy, LLC*

Dated: February 15, 2008

## CERTIFICATE OF SERVICE

I, Joshua Klein, certify that today the foregoing Certification of Service of Process was served by the Court's ECF system upon all counsel subscribing thereto.

                Respectfully submitted,

                /s/ Joshua A. Klein_____
                February 15, 2008