```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

WEAVER'S COVE ENERGY LLC         )
                                 )
        Plaintiff,               )
                                 )
        v.                       )    Civil Action No. 08-0124 (PLF)
                                 )
UNITED STATES DEPARTMENT OF      )
    THE INTERIOR, et al.,        )
                                 )
        Defendants.              )
_____)

## ANSWER

Defendants, by their undersigned attorneys, hereby answer as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The National Park Service is not a proper party defendant.

### THIRD DEFENSE

In response to the numbered paragraphs of the Complaint, the defendants admit, deny or otherwise aver as follows:

1. This paragraph consists of plaintiff's characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

2. This paragraph consists of plaintiff's allegations regarding jurisdiction and venue, which do not require an answer, but insofar as an answer may be deemed required, deny.

3. Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations.

4. First sentence: Admit. Second sentence: Deny, except to aver that the National Park Service is a bureau within the United States Department of the Interior. Third sentence: Deny, as conclusions of law, except to aver that the National Park Service maintains certain records to which plaintiff seeks access. Fourth and fifth sentences: Admit. Sixth sentence: This sentence consists of plaintiff's further characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

5. Deny, except to aver receipt of a letter from plaintiff dated August 20, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment A, to which the Court is respectfully referred for a complete and accurate statement of its contents.

6. Deny, except to aver transmittal of a letter to plaintiff dated October 26, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment B, to which the Court is respectfully referred for a complete and accurate statement of its contents.

7. Deny, except to aver receipt of a letter from plaintiff dated November 21, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment C, to which the Court is respectfully referred for a complete and accurate statement of

its contents.

8.   Deny, except to aver transmittal of a letter to plaintiff dated December 10, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment D, to which the Court is respectfully referred for a complete and accurate statement of its contents.

9.   Deny, except to aver receipt of a letter from plaintiff dated December 4, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment E, to which the Court is respectfully referred for a complete and accurate statement of its contents.

10.   Deny, except to aver transmittal of a letter to plaintiff dated January 7, 2008, a signed copy of which plaintiff attached to the Complaint as Attachment F, to which the Court is respectfully referred for a complete and accurate statement of its contents.

11.   Deny, except to aver transmittal of a facsimile to plaintiff dated January 15, 2008, a signed copy of which plaintiff attached to the Complaint as Attachment G, to which the Court is respectfully referred for a complete and accurate statement of its contents.

12-18.   Deny, as conclusions of law.

The remaining unnumbered Section of the Complaint comprises plaintiff's "Prayer for Relief", which does not require an answer, but to the extent that an answer may be required, deny.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendants deny that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

WHEREFORE, defendants, having fully answered, respectfully ask that this action be dismissed with prejudice and that defendants be granted their costs.

                                      Respectfully submitted,

                                      _____
                                      JEFFREY A.  TAYLOR
                                      (DC Bar #498610)
                                      United States Attorney

                                      _____
                                      RUDOLPH CONTRERAS
                                      (DC Bar # 434122)
                                      Assistant United States Attorney

                                      _____/s/_____
Dated:  February 22, 2008     Catherine Lev
                                      Attorney-Advisor
                                      Office of Information and Privacy
                                      United States Department of Justice
                                      1425 New York Ave., NW, Suite 11050
                                      Washington, DC  20530-0001
                                      (202) 514-5121

                                      Counsel for Defendant