```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WEAVER'S COVE ENERGY LLC,      )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 08-0124 (PLF)
                               )
UNITED STATES DEPARTMENT OF    )
    THE INTERIOR, et al.,      )
                               )
          Defendants.          )
_____)
```

                    JOINT PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action on January 22, 2008, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking access to records concerning the Taunton River Stewardship Plan and Wild and Scenic River Designation (2005), and the Taunton Wild and Scenic River Study (2007), maintained by the the United States Department of Interior and the National Park Service, a component of defendant agency. (See Pl.'s Compl., filed Jan. 22, 2008).

Plaintiff submitted its original request for records to defendants on August 20, 2007. Defendants provided an initial response to plaintiff's request on October 26, 2007, releasing approximately 2,360 pages of records in full and withholding 640 pages of records in full pursuant to Exemption 5 of the FOIA, 5 U.S.C. § 552(b)(5). On January 15, 2008, defendants provided a supplemental release of five documents, following the discovery of an administrative oversight in the initial processing of plaintiff's request.

-2-

Subsequent to the filing of this action, the parties agreed to cooperatively work towards narrowing the issues before the Court. On February 28, 2008, defendants made a second supplemental release of records to plaintiff. On March 18, 2008, plaintiff requested additional records maintained by the National Park Service that were not initially deemed by defendants to be responsive to the original request. In response to plaintiff's request for additional records and as a result of the parties' ongoing discussions, defendants released these records to plaintiff on April 28, 2008, along with other records located as the result of an expanded search conducted by defendants pursuant to an agreement between the parties.

Further, on February 15, 2008, defendants made a release of records to plaintiff in a related non-FOIA action before this Court in Weaver's Cove Energy, LLC v. Department of the Interior, Civil Action No. 07-CV-01525. A number of the records released to plaintiff through that civil litigation are also responsive to the plaintiff's August 20, 2007 request.

In further response to the parties' attempts to narrow the issues, defendants also agreed to provide plaintiff with an index of the withheld records. This index was provided to plaintiff on May 8, 2008. Plaintiff responded on July 9, 2008, identifying those remaining records that are still in contention at this time.

-3-

Although the parties are continuing their efforts to resolve this case, counsel for plaintiff and defendants have agreed to a schedule for briefing, as ordered by the Court on July 9, 2008. Counsel for plaintiff and defendants respectfully propose, subject to the approval of the Court, that: defendants would file their dispositive motion on or before September 5, 2008; plaintiff would file its opposition and/or cross-motion on or before October 3, 2008; defendants would file their opposition and/or reply on or before October 17, 2008; and plaintiff would file its reply, if any, on or before October 31, 2008. A proposed order is submitted herewith.

                            Respectfully submitted,

| _____ | _____ |
|---|---|
| JEFFREY BAUER<br>(DC Bar #494284)<br>Baker Botts LLP<br>Washington, DC  20004-2400<br>(202) 639-7721 | JEFFREY A. TAYLOR<br>(DC Bar #498610)<br>United States Attorney |
| | _____<br>RUDOLPH CONTRERAS<br>(DC Bar #434122)<br>Assistant United States Attorney |
| Dated:  July 25, 2008 | _____/s/_____<br>Catherine Lev<br>Attorney-Advisor<br>Office of Information and Privacy<br>United States Department of Justice<br>1425 New York Ave., NW, Suite 11050<br>Washington, DC  20530-0001<br>(202) 514-5121 |

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

WEAVER'S COVE ENERGY LLC,       )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 08-0124 (PLF)
                                )
UNITED STATES DEPARTMENT OF     )
   THE INTERIOR, et al.,        )
                                )
          Defendants.           )
_____)
```

                              ORDER

   Upon consideration of the parties' Joint Proposed Briefing Schedule, it is by the Court this _____ day of _____, 2008,

   ORDERED that defendants shall file their dispositive motion on or before September 5, 2008; plaintiff shall file its opposition and/or cross-motion on or before October 3, 2008; defendants shall file their opposition and/or reply on or before October 17, 2008; and plaintiff shall file its reply, if any, on or before October 31, 2008.

                                   _____
                                   United States District Judge

Copies to:

Jeffrey Bauer                      Catherine Lev
(DC Bar #494284)                   Office of Information and Privacy
Baker Botts LLP                    United States Department of Justice
Washington, DC  20004-2400         1425 New York Ave., NW, Suite 11050
(202) 639-7721                     Washington, DC  20530-0001