**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-124(PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME AND TO AMEND**
**BRIEFING  SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, Weaver's

Cove Energy, LLC, and Defendants, the U.S. Department of the Interior and the National Park

Service, by and through their respective attorneys, hereby jointly move for an enlargement of

time in which the parties may file their dispositive motions, oppositions and/or cross-motions

thereto, and associated replies.  In connection with this motion, the parties jointly propose a

revised briefing schedule.  In support thereof, Plaintiff and Defendants state as follows:

1.      On January 22, 2008, Plaintiffs filed the Complaint in this case (Docket Entry #1).

The case concerns Plaintiff's request for certain documents under the Freedom of Information

Act ("FOIA"), 5 U.S.C. § 552, as amended by OPEN Government Act of 2007, Pub. L. No. 110-

175, 121 Stat. 2524.  Plaintiff challenges the sufficiency of Defendants' search under FOIA and

the lawfulness of the withholding of certain documents by Defendants under the statutory

exemptions set forth in 5 U.S.C. § 552(b).

- 2 -

2.      On July 25, 2008, Plaintiff and Defendants filed a Joint Proposed Briefing

Schedule (Docket Entry #11), a copy of which is attached as Exhibit A.  On July 29, 2008, the

Court entered an Order directing the parties to proceed pursuant to the deadlines set forth in the

Joint Proposed Briefing Schedule.

3.      Since the Court issued the July 29, 2008 Order, the parties have made significant

progress in narrowing the issues before the Court.  The parties continue to work together in good

faith toward a resolution of all the issues in the case, but a few outstanding issues still remain.

Both parties anticipate an additional release of documents on or before September 5, 2008, and

both parties agree that the requested schedule change is in the interest of justice and will promote

judicial economy by further narrowing the issues before the Court.

4       By consent, the parties hereby agree and stipulate to the following proposed

schedule:

| | |
|---|---|
| September 19, 2008 | Defendants file their dispositive motion; |
| October 17, 2008 | Plaintiff files its opposition and/or cross-motion to Defendants' dispositive motion; |
| October 31, 2008 | Defendants' file their opposition and/or reply; |
| November 13, 2008 | Plaintiff files its reply, if any. |

WHEREUPON the parties jointly move that the Court issue a revised briefing schedule.

- 3 -

Respectfully submitted this September 2, 2008 by:

| | |
|---|---|
| _____ | _____/s/_____ |
| Catherine Gonzalez-Gallego | Jeffrey M. Bauer (Bar No. 494684) |
| Attorney-Advisor | BAKER BOTTS L.L.P. |
| Office of Information and Privacy | 1299 Pennsylvania Ave., N.W. |
| United States Department of Justice | Washington, D.C. 20004-2400 |
| 1425 New York Ave., NW, Suite 11050 | Tel: (202) 639-7700 |
| Washington, DC 20530-0001 | Fax: (202) 639-7890 |
| (202) 514-5121 | |
| | |
| Attorney for Defendants, the U.S. Department of the Interior and the National Park Service | Attorney for Plaintiff, Weaver's Cove Energy, LLC |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-124(PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REVISED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion for Enlargement of Time and to Amend Briefing Schedule, it is by the Court this _____ day of _____, 2008,

ORDERED, that this case shall proceed with the following deadlines:

| | |
|---|---|
| September 19, 2008 | Defendants file their dispositive motion; |
| October 17, 2008 | Plaintiff files its opposition and/or cross-motion to Defendants' dispositive motion; |
| October 31, 2008 | Defendants' file their opposition and/or reply; |
| November 13, 2008 | Plaintiff files its reply, if any. |

_____
United States District Judge

Copies to:

Jeffrey M. Bauer
(DC Bar #494284)
BAKER BOTTS LLP
Washington, DC 20004-2400
(202) 639-7721

Catherine Gonzalez Gallego
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC 20530-0001

CERTIFICATE OF SERVICE

I certify that on September 2, 2008, I caused a true and correct copy of the foregoing to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

_____/s/_____
Jeffrey M. Bauer

September 2, 2008